AO 240 (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 2 5 2024

TAMMY M DOWNS, CLERK

By _____ DEP CLERK

# UNITED STATES DISTRICT COURT
## for the
### EASTERN District of ARKANSAS

Tristan Luster # 77986509
_____
*Plaintiff*

v.

Federal Bureau of Prison
FCI forrest city *Defendant* ( low and med )

)
)
)
)
)
)

Civil Action No.

2:24-cv-00192-BSM-JTK

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: F.C.I. forrest city how P.o. Box 9000 forrest city, ARK 72335

** **ALL PRISONERS MUST ATTACH TO THIS FORM AN INMATE TRUST FUND ACCOUNT STATEMENT CERTIFIED BY THE APPROPRIATE INSTITUTIONAL OFFICER AND SHOWING ALL RECEIPTS, EXPENDITURES, AND BALANCES DURING THE LAST 6 MONTHS.**

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My take-home pay or wages are: $ N/A per *(specify pay period)* N/A .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:   $ _None_.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: N/A

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  10/5/2024

_____
*Applicant's signature*

_____
*Printed name*

## AFFIDAVIT ACCOMPANYING MOTION FOR
## PERMISSION TO APPEAL IN FORMA PAUPERIS

United States District Court for the ___EASTERN___ District of ___ARKANSAS___

_Triston Lusker 77986-509_

Case No. _____

v.

_Federal Bureau of Prisons_
_FCI Forrest city med-low_

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C § 1621.)<br><br>Signed: _Triston Lusker_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: _10/5/2024_ |

My issues on appeal are:

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months<br>You | Amount expected next month<br>You |
|---|---|---|
| Employment | $ N/A | $ N/A |
| Self-employment | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A |

MISC-14

| | | | |
|---|---|---|---|
| Unemployment payments | $ _n/a_ | | $ _____ |
| Public-assistance (such as welfare) | $ _n/a_ | | $ _____ |
| Other (specify):_____ | $ _N/a_ | | $ _____ |
| Total monthly income: | $ _N/a_ | | $ _____ |

2.    List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| _n/a_ | | | |
| | | | |
| | | | |

3.    List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| _n/a_ | | | |
| | | | |
| | | | |

4.    How much cash do you and your spouse have? $ _none_
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| _n/a_ | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

MISC-14

5.   List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home          (Value) | Other real estate (Value) | Motor vehicle #1     (Value) |
|---|---|---|
| N/A | | Make & year:_____ |
| | | Model:_____ |
| | | Registration #_____ |

| Motor vehicle #2    (Value) | Other assets  (Value) | Other assets  (Value) |
|---|---|---|
| Make & year: N/A | | |
| Model:_____ | | |
| Registration #:_____ | | |

6.   State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money N/A | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | | |
| | | |
| | | |

7.   State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| N/A | | |
| | | |
| | | |

8.   Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)  Are real-estate taxes included? 9 Yes  9 No  Is property insurance included? 9 Yes  9 No | $ N/A | $_____ |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ N/A | $_____ |
| Home maintenance (repairs and upkeep) | $ N/A | $_____ |
| Food | $ N/A | $_____ |

MISC-14

| | | |
|---|---|---|
| Clothing | $ N/A | $_____ |
| Laundry and dry-cleaning | $ N/A | $_____ |
| Medical and dental expenses | $ N/A | $_____ |
| Transportation (not including motor vehicle payments) | $ N/A | $_____ |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $_____ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ N/A | $_____ |
|     Homeowner's or renter's | $ N/A | $_____ |
|     Life | $ N/A | $_____ |
|     Health | $ N/A | $_____ |
|     Motor Vehicle | $ N/A | $_____ |
|     Other: _____ | $ N/A | $_____ |
| Taxes (not deducted from wages or included in Mortgage payments) (specify): _____ | $ N/A | $_____ |
| Installment payments | $ N/A | $_____ |
|     Motor Vehicle | $ N/A | $_____ |
|     Credit card (name): _____ | $ N/A | $_____ |
|     Department store (name): _____ | $ N/A | $_____ |
|     Other:_____ | $ N/A | $_____ |
| Alimony, maintenance, and support paid to others | $ N/A | $_____ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | $_____ |
| Other (specify): _____ | $ N/A | $_____ |
| Total monthly expenses: | $ N/A | $_____ |

9.    Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes   ☒ No      If yes, describe on an attached sheet.

10.   Have you paid — or will you be paying — an attorney any money for services in  connection with this case, including the completion of this form?   ☐ Yes   ☒ No

If yes, how much? $    N/A

If yes, state the attorney's name, address, and telephone number:

_____N/A_____

_____

_____

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

☐ Yes  ☑ No

If yes, how much? $ _n/n_

If yes, state the person's name, address, and telephone number:

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

13. State the [city and state] of your legal residence.

other than incorceration

_____

Your daytime phone number: (____) n/a

Your age: 25   Your years of schooling: 11 years

[Last four digits of] your social-security number: 8912

MISC-14

## CERTIFICATE
### *(Prisoner Account Only)*

*(To be completed by the Institution of Incarceration)*

I _Mike Danke_, _Unit Case Manager_ certify that the Applicant named _Tristan Luster_ Inmate Federal Number _77984-50S_ herein has the sum of $ _109.80_ on account to his credit at the Federal Correction Complex (Low), Forrest City, Arkansas 72336, Institution where he is confined.  I further certify that the Applicant likewise has the following securities to his credit according to the records of said Institution: _FCC Forrest City_

I further certify that during the past six months the applicant's balance was $ _1540.00_.

_7/18/24_
Date

_____
Signature of Authorized Officer of Institution

# Inmate Inquiry

[PRINT]

| | | | |
|---|---|---|---|
| Inmate Reg #: | 77986509 | Current Institution: | Forrest City - FCC |
| Inmate Name: | LUSTER, TRISTAN | Housing Unit: | FOR-W-A |
| Report Date: | 09/19/2024 | Living Quarters: | W02-124L |
| Report Time: | 2:08:18 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5036 |
| PAC #: | 450129376 |
| Revalidation Date: | 19th |
| FRP Participation Status: | Completed |
| Arrived From: | FOR |
| Transferred To: | |
| Account Creation Date: | 5/2/2023 |
| Local Account Activation Date: | 8/22/2024 3:15:56 AM |
| Sort Codes: | |
| Last Account Update: | 9/19/2024 12:11:50 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☐ Payroll    ☐ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $109.80 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $109.80 |
| National 6 Months Deposits: | $1,540.00 |

National 6 Months Withdrawals:    $1,538.10
Available Funds to be considered for IFRP Payments:    $1,065.00
National 6 Months Avg Daily Balance:    $143.99
Local Max. Balance - Prev. 30 Days:    $294.30
Average Balance - Prev. 30 Days:    $126.09

# Commissary History

### Purchases

Validation Period Purchases:    $0.00
YTD Purchases:    $1,838.15
Last Sales Date:    9/17/2024 7:39:05 AM

### SPO Information

SPO's this Month:    0
SPO $ this Quarter:    $0.00

### Spending Limit Info

Spending Limit Override:    No
Weekly Revalidation:    No
Bi-Weekly Revalidation:    No
Spending Limit:    $360.00
Expended Spending Limit:    $0.00
Remaining Spending Limit:    $360.00

# Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit:    $0.00
Restricted Expended Amount:    $0.00
Restricted Remaining Spending Limit:    $0.00
Restriction Start Date:    N/A
Restriction End Date:    N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

# Comments

Comments: