866  PRISONERS' SELF-HELP LITIGATION MANUAL

| Official Use Only | | |
|---|---|---|
| Case Number | Judge | Magistrate Judge |
| | | |

2:24-cv-00192-BSM-JTK



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 2 5 2024

TAMMY H. DOWNS, CLERK

By:_____
DEP CLERK

This case assigned to District Judge <u>Miller</u>
and to Magistrate Judge <u>Kearney</u>

## PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

### Plaintiff's Information

**Name** Tristan Luster

**Prisoner No.** 77986-509

**Place of Confinement** FCI. Forrest city Low  P.O. Box 9000  Forrest city

**Street** P.O. Box 9000  1400 Dale Bumpers Drive

**City** Forrest city

**State** ArK

**Zip Code** 72335

**Are there additional plaintiffs?** ☐ Yes  ☑ No

*If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. <u>You must provide names, prisoner numbers and addresses for all plaintiffs.</u>*

### Defendant's Information

**Name** Federal Bureau of Prison ~~FCI Forrest city med/low~~  **Position** overseer of my incarceration

**Street/P.O. Box** 1400 Dale Bumpers Rd

**City** Forrest city

**State** ArX

**Zip Code** 72335

**Are you suing this defendant in his/her:** ☐ Personal Capacity  ☐ Official Capacity  ☑ Both Capacities

**Are you suing more than one defendant?** ☐ Yes  ☑ No

*If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. <u>You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.</u>*

## I.  PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☐ Yes        ☑ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| Docket or Case Number: |
| --- |
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition: |

| Docket or Case Number: |
| --- |
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition: |

| Docket or Case Number: |
| --- |
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition: |

*Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.*

## II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

upon Sept. 2023, I noticed a sore on back of right upper thigh. Health service misdiagnosed it as pressure sore and treated it over 4 months with metal honey. The sore turned into a hole showing bone. Dec. 15, 2023, I was rushed to outside doctor where diagnosed with flesh eating bacteria. I endured three surgeries consisting of: placement of colostomy bag, 2 inches of bone removed from thigh where bacteria had reached, and a third surgery correcting a botched job on the placement of colostomy bag. outside doctor stated medical issues are direct result from filthy environment and the invasive surgeries could have been avoided if health services would have taken the time to do blood work.

## III. RELIEF

State briefly and exactly what you want the Court to do for you.

I'm seeking financial compensation for the pain, suffering, mental, and physical trauma caused by placed in unsanitary and unhealthy living conditions in the FBOP. also, the lack of sufficient medical care. I also would want the courts to investigate the poor living condition in this facility concerning the black mole. Furthermore, I would want the courts to investigate health service and terminate all individuals associated with any level of my medical care. Finally, I request the courts to force the FBOP to create a better method in hiring health care workers who would not be bias toward inmates and treat them as human beings who need medical attention as anyone else.

**I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

Executed (signed) on ___10/5/2024___ (date).

_Tristan Luster_
Signature of Plaintiff

Tristan Luster .
#77986-509



Retail

U.S. POSTAGE PAID
FCM LG ENV
FORREST CITY, AR 72335
OCT 23, 2024

72201    $0.00

RDC 99    R2305E124709-07

⇔77986-509⇔
Clerk Of Court
#A149
600 W Capitol AVE
Little ROCK, AR 72201
United States

Mission