RECEIVED
US DISTRICT COURT
EASTERN D... ...ARKANSAS

2025 JAN -6  A 10: 22

TAMMY H DOWNS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 06 2025

TAMMY H. DOWNS, CLERK

By: _____
DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### _DELTA_ DIVISION

CASE NO. 2:24-CV-00192-BSM-JTK

Jury Trial: ☑ Yes ☐ No
(Check One)

I.      Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.      Name of plaintiff: Tristan Luster
        ADC # 77986-509

        Address: F.C.I. Forrest City (Low) P.O. Box 9000 Forrest city, AR. 72336

        Name of plaintiff: _____
        ADC # _____

        Address: _____

        Name of plaintiff: _____
        ADC # _____

        Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.      Name of defendant: MS. Nicoles

        Position: ASST. H.S.A.

        Place of employment: F.C.I Forrest City (med)

        Address: 1400 Dale Bumpers RD. Forrest City, AR. 72336

        Name of defendant: Sheila Woodard

        Position: (M.A.T) MD.

4

Place of employment: F.C.I. Forrest City (Med)

Address: 1400 Dale Bumpers RD. Forrest City AR. 72336

Name of defendant: CINdy Martin

Position: RN

Place of employment: F.C.I. Forrest City, (med)

Address: 1400 Dale Bumpers RD. Forrest City AR. 72336

Name of defendant: K. Putter

Position: RN

Place of employment: F.C.I. Forrest City (med)

Address: 1400 Dale Bumpers RD. Forrest City AR. 72336

II.    Are you suing the defendants in:

☐    official capacity only
☐    personal capacity only
☑    both official and personal capacity

III.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___    No ✓

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

5

☐    Court (if federal court, name the district; if state court, name the county):

_____

☐    Docket Number: _____

☐    Name of judge to whom case was assigned: _____

☐    Disposition: (for example: Was the case dismissed?  Was it appealed?
        Is it still pending?) _____

☐    Approximate date of filing lawsuit: _____

☐    Approximate date of disposition: _____

IV.    Place of present confinement: __F. C. I  Forrest City (Low)__

P.O. Box 9000 __Forrest City, AR. 72336_____

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
        explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion
of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a
prisoner grievance procedure in the Arkansas Department of Correction, and in several county
jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in
this complaint may result in the dismissal without prejudice of all the claims raised in this
complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __✓__    No ____

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the
grievance procedure?

Yes ✓    No ____

If not, why? _____

_____

VII.    Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On or around Sept. 2023 - Dec 30 2023 I noticed a sore on back of my right buttocks. Forrest City (med) Medical staff RN: Cindy Martin - misdiagnosed the infection as a pressure sore. RN: K Putter - Continued to monitior and change Dressing on wound so she was familiar. Sheila woodard (MAT) MD. who was my medical provider and orders blookwork and medications. and cosigns my chart (in which blookwork was done (3) months after misdiagnose) and ms nicoles - In her supervisor's note

CONT:

7

## STATEMENT OF FACTS

VII.

CONT. For knowing the practice of the doctrine thats being used. For Staff's misdiagnosing and mistreating of the infection as a pressure acre treating it For over (4) months with Metal honey.

Dec 15. 2023 I was rushed to the outside hospital where i was diagnosed with a Flesh eating bacteria. I endured (3) three surgeries consisting of: placement of colostomy bag, 2 inches of bone removed from thigh where bacteria had reached, and a thrid surgery correcting a botched job on the placement of colostomy bag. Hospital doctor stated that medical issues are direct result from filthy enviroment and the invasive surgeries could have been avoided. IF Health Services would have taken time to do bloodwork.

VIII.  Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Seeking monetary and punitive damages For the pain and suffering and the Mental anguish that i endured For the Violation of my 8th Amendment.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 3/ day of 12-31, 2024.

Tristan Luster
#77986-509

_____
Signature(s) of plaintiff(s)

8

TRISTAN LUSTER
#77986-509
F.C.I. Forrest City
P.O. Box 9000
Forrest City, AR. 72336



UNITED STATES DISTRCT COURT

600 W. CAPITOL AVE. SUITE A-149

LITTLE ROCK, AR. 72201-3325