IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TRISTAN LUSTER**                                                                    **PLAINTIFF**

v.                      **CASE NO. 2:24-CV-00192-BSM**

**FEDERAL BUREAU OF PRISONS,** *et al.*                    **DEFENDANTS**

## ORDER

United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 29] is adopted and defendants' motion for summary judgment [Doc. No. 24] is granted. Tristan Luster's amended complaint [Doc. No. 7] is dismissed without prejudice and his motion for a default judgment [Doc. No. 28] is denied as moot. It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 30th day of May, 2025.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE