IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TRISTAN LUSTER**                                                              **PLAINTIFF**

v.                              CASE NO.  2:24-CV-00192-BSM

**FEDERAL BUREAU OF PRISONS,** *et al.*                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of May, 2025.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE